# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHICAGO INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>KUMMER KAEMPFER, BONNER, RENSHAW AND FERRARO, *et al.*,<br><br>  Defendants. | 2:14-cv-00308-RFB-VCF<br>**ORDER** |

Before the court is the Stipulation and Order to Extend Date for Filing of Rule 26(f) Discovery Plan (#43).

The Stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of thirty (30) days after the court's decision on the pending dispositive motions or August 17, 2015;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of thirty (30) days after the court's decision on the pending dispositive motions or August 17, 2015;

After July 31, 2015, the parties may file a stipulation to further stay discovery and the filing of a

…

…

Discovery Plan and Scheduling Order, if the case is still pending.

DATED this 19th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE