MATTHEW SARNOSKI, ESQ.
Nevada Bar No. 009176
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113

MICHELLE M. BRACKE, ESQ.
Illinois Bar No. 6224533
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams Street, 3rd Floor
Chicago, Illinois  60661
Telephone: (312) 345-1718
Facsimile:  (312) 345-1778
*Pro Hac Vice*
**Attorneys for Plaintiff, CHICAGO INSURANCE COMPANY**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KUMMER KAEMPFER, BONNER, RENSHAW AND FERRARO, a Professional Corporation; VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada Corporation; DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>Defendants. | Case No: 2:14-cv-00308-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING OF RULE 26(f) DISCOVERY PLAN**<br><br>**(Fourth Request)** |

WHEREAS Chicago Insurance Company ("Plaintiff") through its attorneys, Dennett Winspear, LLP and Lewis Brisbois Bisgaard & Smith, LLP, and Defendant Kummer Kaempfer Bonner Renshaw and Ferraro ("Defendant KKBRF") through its attorney, Santoro Whitmire, and Vistana Condominium Owners Association, Inc. ("Defendant Vistana") by and through its attorneys Gibbs, Giden, Locher, Turner, Senet, & Witttbrodt, LLP, had a Rule 26(f) conference by telephone.

1   WHEREAS the parties are to submit a stipulated discovery plan pursuant to Federal Rule of Civil Procedure 26(f).

WHEREAS Defendant KKBRF filed a Motion to Dismiss [Dkt. No. 14] on July 15, 2014; Plaintiff filed a Motion for Summary Judgment [Dkt. No. 17] and Combined Memorandum of Points and Authorities in Opposition to Motion to Dismiss and in Support of its Motion for Summary Judgment [Dkt. No. 18] on August 1, 2014; Defendant Vistana filed its Opposition to Motion for Summary Judgment [Dkt. No. 22] on August 25, 2014; Defendant KKBRF filed a Reply to Response to Motion to Dismiss [Dkt. No. 24], Response to Motion for Summary Judgment [Dkt. No. 25], and Countermotion for Summary Judgment [Dkt. No. 26] on August 25, 2014. Plaintiff subsequently filed their opposition and reply [Dkt. No 35-36]. KKBRF submitted its reply [Dkt. No. 37] for their counter-motion.

WHEREAS additional pleadings were filed by KKBRF [Dkt. No. 40] on April 1, 2015, requesting supplemental briefing on the foregoing motion practice; which request for supplemental briefing was responded to by Plaintiff [Dkt. No. 41] on April 15, 2015; and whereas reply was filed by KKBRF [Dkt. No. 42] on April 27, 2015.

WHEREAS the Court's ruling on the various motions may negate the need for the parties to file a discovery plan consistent with Rule 26(f) as all claims for relief are at issue in the pending motions.

WHEREAS the Court has issued an Order [Dkt. No. 32] acknowledging that the results of motion practice may greatly simplify or obviate need for discovery, which Order granted a prior extension to file a discovery plan (which extension has lapsed) and granted these parties leave to request further extension.

WHEREAS the Court has issued additional subsequent Orders [Dkt. Nos. 39, 44] staying discovery and granting sequential extensions of the deadline for submission of a Rule 26(f) plan through August 17, 2015, which Orders expressly included provisions for the parties hereto to request additional extension of time in event that no ruling on the aforementioned pleadings has been forthcoming by that date.

2

1  WHEREAS the parties understand that the Court must approve this stipulation pursuant
2  to Local Rule 6-1 and Local Rule 7-1.
3  IT IS HEREBY STIPULATED by and between the parties, through their respective
4  counsel, as follows:
5  1. The deadline to submit a discovery plan and exchange initial disclosures in
6  accordance with Federal Rule of Civil Procedure and Local Rule 26-1 is hereby stayed/extended.
7  2. In the event the Court denies the various Motions, the parties shall submit a discovery
8  plan in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 ~~within~~ the earlier of thirty
9  (30) days after the Court's ruling thereon~~.~~ , or December 16, 2015.
10 ~~3. If the Court is not inclined to adopt the proposal set forth in paragraph 2 above, the~~
11 ~~parties request that the date for submitting a discovery plan be deferred, at a minimum, to~~
12 ~~Monday, November 16, 2015, which is an approximate ninety (90) day extension. This extension~~
13 ~~may mitigate the expenses that would be borne by the parties in discovery while the various~~
14 ~~dispositive motions are under consideration.~~

DATED this 7th day of August, 2015         DATED this 7th day of August, 2015

**DENNETT WINSPEAR, LLP**                  **SANTORO WHITMIRE**


By: /s/ Matthew A. Sarnoski, Esq.          By: /s/ James E. Whitmire, Esq.
GINA GILBERT WINSPEAR, ESQ.                JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 005552                      Nevada Bar No. 006533
MATTHEW A. SARNOSKI, ESQ.                  10100 W. CHARLESTON BLVD., SUITE 250
Nevada Bar No. 009176                      LAS VEGAS, NV 89135
3301 N. Buffalo Drive, Suite 195           P: (702) 948-8771
Las Vegas, Nevada 89129                    F: (702) 948-8773
P: (702) 839-1100                          **Attorneys for Defendant KUMMER KAEMPFER,**
F: (702) 839-1113                          **BONNER, RENSHAW AND FERRARO**

MICHELLE M. BRACKE, ESQ.
Illinois Bar No. 6224533
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams Street, 3rd Floor
Chicago, Illinois 60661
P: (312) 345-1718
F: (312) 345-1778
*Pro Hac Vice*
**Attorneys for Plaintiff, CHICAGO INSURANCE COMPANY**

1  DATED this 7th day of August, 2015

2  **GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP**

3

By: /s/ Richard E. Haskin, Esq.
4  RICHARD E. HASKIN, ESQ.
Nevada Bar No. 011592
5  Gibbs, Giden, Locher Turner Senet & Wittbrodt LLP
6  1880 Century Park East, 12th Floor
Los Angeles, California 90067
7  P: (310) 552-3400

8  7450 Arroyo Crossing Parkway, Suite 270
Las Vegas, Nevada 89113
9  P: (702) 836-9800
**Attorneys for Defendant, VISTANA**
10 **CONDOMUNIUM OWNERS ASSN.**

11

12  IT IS SO ORDERED this  7th  day of  August , 2015.

13

14  _____
UNITED STATES MAGISTRATE JUDGE

4

Case 2:14-cv-00308-RFB-VCF   Document 46   Filed 08/07/15   Page 5 of 5