NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:   702-948-8771
Facsimile:    702-948-8773
*Attorney for Defendant Kummer
Kaempfer Bonner Renshaw and Ferrario*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>                    Plaintiff,<br>vs.<br><br>KUMMER KAEMPFER, BONNER RENSHAW AND FERRARO, a Professional Corporation; VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada Corporation; DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>                    Defendants. | Case No.: 2:14-cv-0308-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT KKBRF TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant KUMMER KAEMPFER BONNER RENSHAW AND FERRARIO ("KKBRF") and Plaintiff CHICAGO INSURANCE COMPANY ("CIC"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for KKBRF to file a Response to Plaintiff's Motion to Dismiss Counts I, II and III of Defendant Kummer Kaempfer Bonner [Renshaw] and Ferrario's Counterclaim [Doc. #58/59] shall be extended from October 31, 2015 to November 7, 2015. This is a one week extension of time, and it is foreseeable that the full week extension may not be needed.

/ / /

/ / /

/ / /

**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

The undersigned represents that this stipulation is not intended for purposes of delay.

DATED this 29th day of October, 2015.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | SANTORO WHITMIRE |
| By: */s/ Michelle M. Bracke*<br>    Michelle M. Bracke, Esq.<br>    Pro Hac Vice<br>    Michelle.Bracke@lewisbrisbois.com<br>    550 West Adams Street, 3rd Floor<br>    Chicago, Illinois  60661<br><br>    *Attorneys for Plaintiff Chicago Insurance Company* | By: */s/ James E. Whitmire*<br>    James E. Whitmire, Esq. (NSBN 6533)<br>    James M. Jimmerson (NSBN 12599)<br>    10100 West Charleston Blvd., Suite 250<br>    Las Vegas, NV 89135<br>    Telephone: 702.948.8771<br>    Facsimile: 702.948.8773<br>    jwhitmire@santoronevada.com<br><br>    *Attorney for Defendant Kummer Kaempfer Bonner Renshaw and Ferrario* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this  3rd day of November, 2015.

- 2 -