Michelle M. Bracke, Esq. (admitted *pro hac vice*)
Illinois ARDC #: 6224533
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams Street, 3rd Floor
Chicago, Illinois 60661
Ph. 312.345.1718
Michelle.bracke@lewisbrisbois.com

Matthew Sarnoski, Esq.
Nevada Bar #: 009176
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
Ph. 702.839.1100
msarnoski@dennettwinspear.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KUMMER KAEMPFER, BONNER RENSHAW AND FERRARO, a Professional Corporation; VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada Corporation; DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-0308-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**<br><br>**(First Request)** |

Plaintiff, CHICAGO INSURANCE COMPANY ("CIC") and Defendant KUMMER KAEMPFER BONNER RENSHAW AND FERRARIO ("KKBRF"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for CIC to file a Reply in Support of Plaintiff's Motion to Dismiss Counts I, II and III of Defendant Kummer Kaempfer Bonner [Renshaw] and Ferrario's Counterclaim [Doc. #58/59] shall be extended from November 12, 2015 to November 19, 2015. This is a one week extension of time, and it is foreseeable that the full week extension may not be needed.

4841-0302-4938.1

The undersigned represents that this stipulation is not intended for purposes of delay.

DATED this 11th day of November, 2015.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | SANTORO WHITMIRE |
|---|---|
| By: /s/ Michelle M. Bracke<br>Michelle M. Bracke, Esq.<br>Pro Hac Vice<br>Michelle.Bracke@lewisbrisbois.com<br>550 West Adams Street, 3rd Floor<br>Chicago, Illinois  60661<br><br>*Attorneys for Plaintiff Chicago Insurance Company* | By: /s/ James E. Whitmire<br>James E. Whitmire, Esq. (NSBN 6533)<br>James M. Jimmerson (NSBN 12599)<br>10100 West Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: 702.948.8771<br>Facsimile: 702.948.8773<br>jwhitmire@santoronevada.com<br><br>*Attorney for Defendant Kummer Kaempfer Bonner Renshaw and Ferrario* |

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of November, 2015.