**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHICAGO INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KUMMER KAEMPFER, BONNER RENSHAW AND FERRARO, *et al.*,<br><br>　　　　　Defendants. | 2:14-cv-00308-RFB-VCF<br>**ORDER** |

　　　Before the court is the Joint Unopposed Motion/Stipulation to Allow Parties in the Underlying Action to Participate in Settlement Conference Concerning the Pending Insurance Coverage Action (#66).

　　　IT IS HEREBY ORDERED that a hearing on the Joint Unopposed Motion/Stipulation to Allow Parties in the Underlying Action to Participate in Settlement Conference Concerning the Pending Insurance Coverage Action (#66) is scheduled for 11:00 a.m., December 9, 2015, in courtroom 3D.

　　　Counsel for parties in this action are directed to invite counsel from Hutchison & Steffan (representative of the Quon Estate) and Spilotro & Kulla, Chtd. (representative of person and/or entities involved in the underlying fact pattern), to join the hearing on December 9, 2015.

　　　DATED this 4th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE