1    MATTHEW SARNOSKI, ESQ.
     Nevada Bar No. 009176
2    **DENNETT WINSPEAR, LLP**
     3301 N. Buffalo Drive, Suite 195
3    Las Vegas, Nevada  89129
     Telephone:     (702) 839-1100
4    Facsimile:     (702) 839-1113

5    MICHELLE M. BRACKE, ESQ.
     Illinois Bar No. 6224533
6    LEWIS BRISBOIS BISGAARD & SMITH LLP
     550 W. Adams Street, 3rd Floor
7    Chicago, Illinois  60661
     Telephone: (312) 345-1718
8    Facsimile:  (312) 345-1778

9    *Pro Hac Vice to be Submitted*

10   **Attorneys for Plaintiff, CHICAGO INSURANCE
     COMPANY**

11
                    **UNITED STATES DISTRICT COURT**
12
                          **DISTRICT OF NEVADA**
13

14   CHICAGO INSURANCE COMPANY, an Illinois      Case No: 2:14-cv-00308-JAD-VCF
     Corporation,
15
                                     Plaintiff,
16
            v.
17
     KUMMER KAEMPFER, BONNER, RENSHAW           **PLAINTIFF'S   MOTION   TO   APPEAR**
     AND FERRARO, a Professional Corporation;   **TELEPHONICALLY  FOR  HEARING  SET**
18   VISTANA CONDOMINIUM OWNERS                   **FOR DECEMBER 9, 2015**
     ASSOCIATION, INC., a Nevada Corporation;
19   DOES I through V, and ROE COMPANIES I
     through V, inclusive,
20
                                     Defendants.
21

22

23          Plaintiff CHICAGO INSURANCE COMPANY hereby requests leave to make telephonic

24   appearance by counsel at the hearing of the parties' Joint Unopposed Motion/Stipulation To

25   Attend Settlement Conference, currently set for hearing before the Court (Magistrate Judge Cam

26   Ferenbach) at 11 am on December 9, 2015. Primary counsel for Plaintiff is located in Chicago,

27   Illinois. While appearance at the hearing might be made by local counsel, local counsel lacks full

28   familiarity with the issues before the court, which – per [CD66] – involve efforts to seek global

resolution of this case through an extrinsically-set settlement conference (including non-parties to this coverage action), which is set to occur on December 17, 2015. Note, for example, that primary counsel is expected to represent Plaintiff at the settlement conference, should the Parties' joint motion be granted.

It is Plaintiff's understanding that all parties to this case are in agreement regarding attendance at the settlement conference, and that all non-parties to this case who are participating in such settlement conference are likewise in agreement on global attendance. It is Plaintiff's expectation that the December 9, 2015, proceedings with the court (wherein Plaintiff requests telephonic appearance by counsel) are expected to be limited to seeking of the court's approval of the parties' efforts to participate in such settlement conference. On that basis, Plaintiff offers that telephonic appearance by Plaintiff's lead counsel is in the best interest of all parties, and that such appearance will result in no prejudice to any other party.

Respectfully submitted this 7th day of December, 2015.

DENNETT WINSPEAR, LLP


By  /s/ Matthew A. Sarnoski, Esq.
MATTHEW A. SARNOSKI, ESQ.
Nevada Bar No. 009176
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129

MICHELLE M. BRACKE, ESQ.
Illinois Bar No. 6224533
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams Street, 3rd Floor
Chicago, Illinois  60661
Telephone: (312) 345-1718
Facsimile:  (312) 345-1778

**Attorneys for Plaintiff, CHICAGO INSURANCE COMPANY**

2

MATTHEW SARNOSKI, ESQ.
Nevada Bar No. 009176
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113

MICHELLE M. BRACKE, ESQ.
Illinois Bar No. 6224533
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams Street, 3rd Floor
Chicago, Illinois  60661
Telephone: (312) 345-1718
Facsimile:  (312) 345-1778

*Pro Hac Vice to be Submitted*

**Attorneys for Plaintiff, CHICAGO INSURANCE
COMPANY**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KUMMER KAEMPFER, BONNER, RENSHAW AND FERRARO, a Professional Corporation; VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada Corporation; DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>Defendants. | Case No: 2:14-cv-00308-JAD-VCF<br><br><br>**ORDER   GRANTING   PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR DECEMBER 9, 2015.** |

Plaintiff's Motion for Leave To Appear Telephonically having come before the Court, and

good cause appearing, it is hereby:

Michelle M. Bracke, Esq.

ORDERED that Plaintiff's Motion be GRANTED, and that ~~counsel for Plaintiff~~ may appear

telephonically for hearing of the parties' Joint Unopposed Motion/Stipulation To Attend

3

1   Settlement Conference, currently set for hearing before the Court (Magistrate Judge Cam

2   Ferenbach) at 11 am on December 9, 2015.

3          Dated this 7th day of December, 2015.

4

5          _____

6          HON. MAGISTRATE CAM FERENBACH

7
          Matthew Wagner, Esq. will appear in person at the hearing on December 9, 2015 as local
8          counsel for Plaintiff, Chicago Insurance Company.
          IT IS SO ORDERED.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4