1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 0532
2  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
3  jwhitmire@santoronevada.com
   SANTORO WHITMIRE
4  10100 W. Charleston Blvd., Suite 250
   Las Vegas, Nevada 89135
5  Telephone:    702-948-8771
   Facsimile:     702-948-8773
6  *Attorney for Defendant Kummer*
   *Kaempfer Bonner Renshaw and Ferrario*

7

                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 CHICAGO INSURANCE COMPANY, an
   Illinois Corporation,                    Case No.: 2:14-cv-0308-RFB-VCF

11                      Plaintiff,
   vs.
12
   KUMMER KAEMPFER, BONNER RENSHAW
13 AND FERRARO, a Professional Corporation;
   VISTANA CONDOMINIUM OWNERS
14 ASSOCIATION, INC., a Nevada Corporation;
   DOES I through V, and ROE COMPANIES I
15 through V, inclusive,

16                      Defendants.

17

18          **DEFENDANT KKBRF'S MOTION TO ALLOW COUNSEL**
          **FOR KKBRF IN THE UNDERLYING ACTION TO APPEAR**
19        **TELEPHONICALLY FOR HEARING SET FOR DECEMBER 9, 2015**

20         Defendant KKBRF hereby requests leave to allow counsel for KKBRF in the underlying

21 action to telephonically appear at the hearing of the parties' Joint Unopposed Motion/Stipulation

22 to Attend Settlement Conference, currently set for hearing before the Court (Magistrate Judge

23 Cam Ferenbach) at 11:00 a.m. on December 9, 2015.

24         Lead counsel for KKBRF in the underlying action is Mark Ferrario of the Greenberg

25 Traurig ("GT") law firm.  Mr. Ferrario is unavailable to appear in person due to a prior

26 scheduling commitment.  However, he is able to appear telephonically.  Leslie Godfrey of the

27

28

1   GT law firm is available to appear in person and is anticipated to be present.  Accordingly, leave

2   is hereby requested to allow Mr. Ferrario to appear telephonically.

3         DATED this 8th day of December, 2015.

4                        SANTORO WHITMIRE

5                        */s/ James E. Whitmire*

6                        ————————————————————

                     NICHOLAS J. SANTORO, ESQ.

7                        Nevada Bar No. 0532

                     JAMES E. WHITMIRE, ESQ.

8                        Nevada Bar No. 6533

                     jwhitmire@santoronevada.com

9                        10100 W. Charleston Blvd., Suite 250

                     Las Vegas, Nevada 89135

10

11                       *Attorney for Defendant Kummer*

                     *Kaempfer Bonner Renshaw and Ferrario*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773

1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 0532
2  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
3  jwhitmire@santoronevada.com
   SANTORO WHITMIRE
4  10100 W. Charleston Blvd., Suite 250
   Las Vegas, Nevada 89135
5  Telephone:    702-948-8771
   Facsimile:    702-948-8773
6  *Attorney for Defendant Kummer*
   *Kaempfer Bonner Renshaw and Ferrario*

7

                    **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**

9  CHICAGO INSURANCE COMPANY, an
   Illinois Corporation,                        Case No.: 2:14-cv-0308-RFB-VCF
10
                        Plaintiff,
11 vs.

12 KUMMER KAEMPFER, BONNER RENSHAW
   AND FERRARO, a Professional Corporation;
13 VISTANA CONDOMINIUM OWNERS
   ASSOCIATION, INC., a Nevada Corporation;
14 DOES I through V, and ROE COMPANIES I
   through V, inclusive,
15
                        Defendants.
16

17           **ORDER GRANTING DEFENDANT KKBRF'S MOTION**
         **TO ALLOW COUNSEL FOR KKBRF IN THE UNDERLYING ACTION**
         **TO APPEAR TELEPHONICALLY FOR HEARING SET FOR DECEMBER 9, 2015**
18
19         Defendant KKBRF's Motion to Allow Counsel for KKBRF in the Underlying Action to

20 Appear Telephonically for Hearing Set for December 9, 2015 having come before the Court, and

   good cause appearing, it is hereby:
21
22         ORDERED that Defendant KKBRF's Motion be GRANTED, and that counsel for

23 Defendant KKBRF may appear telephonically for hearing of the parties' Joint Unopposed

   Motion/Stipulation To Attend Settlement Conference, currently set for hearing before the Court
24
   (Magistrate Judge Cam Ferenbach) at 11 am on December 9, 2015.
25
           Dated this 8th day of December, 2015.
26

27                                             _____
28                                             HON. MAGISTRATE CAM FERENBACH

                                    - 3 -

SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250, Las Vegas, Nevada 89135
(702) 948-8771 – fax (702) 948-8773