# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

CHICAGO INSURANCE COMPANY,

    Plaintiff,

vs.

KUMMER KAEMPFER, BONNER RENSHAW AND FERRARO, *et al.*,

    Defendants.

2:14-cv-00308-RFB-VCF

**ORDER**

At the hearing on December 9, 2015, the court ordered that if any of the parties in the underlying action wishes to intervene in this case, they must file a motion to intervene by December 11, 2015. Spilotro & Kulla, Chtd. (representative of person and/or entities involved in the underlying fact pattern) filed its Motion to Intervene (#72) on December 9, 2015.  To date, counsel from Hutchison & Steffan (representative of the Quon Estate) has not filed its motion.

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 1:00 p.m., December 15, 2015.  The parties must contact Jerry Ries, at 702-464-5416 by 11:00 a.m., December 15, 2015, to provide him with a telephone number for the hearing.  This hearing will be vacated upon the filing of the motion to intervene from Hutchinson & Steffen (representative of the Quon Estate).

Counsel for parties in this action are directed to notify counsel from Hutchison & Steffan (representative of the Quon Estate) and Spilotro & Kulla, Chtd. (representative of person and/or entities involved in the underlying fact pattern), of this telephonic hearing, scheduled for 1:00 p.m., December 15, 2015.

DATED this 14th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE