BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
 Mail To:
 P.O. Box 2070
 Las Vegas, NV  89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
Attorney for Mark Kulla and Spilotro
& Kulla, Chtd.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, an Illinois Corporation,<br><br>             Plaintiff,<br><br>v.<br><br>KUMMER KAEMPFER, BONNER RENSHAW AND FERRARO, a Professional Corporation; VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC., a Nevada Corporation; DOES I through V, and ROE COMPANIES I through V, inclusive,<br><br>             Defendants. | Case No.: 2:14-CV-0308-RFB-VCF<br><br>**MOTION TO INTERVENE FOR PURPOSES OF ATTENDANCE AT SETTLEMENT CONFERENCE ONLY**<br><br>[Request to be heard by Magistrate Judge Ferenbach who was assigned to the settlement conference] |

     COME NOW, Mark A. Kulla and the law firm of Spilotro & Kulla, Chtd., by and through their counsel of record, Thorndal, Armstrong, Delk, Balkenbush & Eisinger, and file the instant motion to intervene for purposes of solely participating in the settlement conference which is scheduled with the Honorable Magistrate Judge Ferenbach on December 17th and December 18th, 2015.  This motion to intervene is for the sole purpose of participating in the settlement conference, and for no other purpose.

-1-

DATED this 9th day of December, 2015.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.
Nevada Bar No. 003171
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
   Mail To:
   P.O. Box 2070
   Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
Attorney for Mark Kulla and Spilotro
& Kulla, Chtd.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 15, 2015

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify on December 9, 2015, service of **MOTION TO INTERVENE FOR PURPOSES OF ATTENDANCE AT SETTLEMENT CONFERENCE ONLY**, was made upon each of the parties via electronic service through the United States District court for the District of Nevada's ECF system.

| NAME | TEL., FAX & E-MAILS | PARTY REPRESENTING |
|---|---|---|
| Michelle M. Bracke, Esq.<br>Pro Hac Vice<br>Lewis Brisbois Bisgaard<br>  & Smith LLP<br>550 W. Adams St., 3rd Floor<br>Chicago, Illinois 60661 | Tel.:<br>Fax:<br><br>E-Mail:<br>Michelle.Bracke@lewisbrisbois.com | Plaintiff, Chicago Insurance Company |
| Nicholas J. Santoro, Esq.<br>James E. Whitmire, Esq.<br>Santoro Whitmire<br>10100 W. Charleston Blvd.<br>Suite 250<br>Las Vegas, Nevada 89135 | Tel.: (702) 948-8771<br>Fax: (702) 948-8773<br><br>E-Mail:<br>nsantoro@santoronevada.com<br>E-Mail:<br>jwhitmire@santoronevada.com | Defendant, Kummer Kaempfer Bonner Renshaw and Ferrario |

-2-

| | | |
|---|---|---|
| Richard Haskin, Esq.<br>Gibbs, Giden, Locher, Turner,<br>Senet & Wittbrodt, LLP<br>7450 Arroyo Crossing Parkway<br>Suite 270<br>Las Vegas, Nevada 89113 | Tel.: (702) 836-9800<br>Fax: (702) 836-9802<br><br>E-Mail: rhaskin@gglts.com | Defendant, Vistana<br>Condominium<br>Owners Assn. |

*/s/ Jane Musterite*

An Employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger