1 | Mark A. Hutchison (4639)
Todd L. Moody (5430)
2 | Richard L. Wade (11879)
HUTCHISON & STEFFEN, LLC
3 | 10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
4 | Phone (702) 385-2500
Fax (702) 385-2086
5 | mhutchison@hutchlegal.com
tmoody@hutchlegal.com
6 | rwade@hutchlegal.com

7 | *Attorneys for Patricia Arnott,*
*Stephanie Lingle and Jessica Quon*

8 | UNITED STATES DISTRICT COURT

9 | DISTRICT OF NEVADA

10 |

11 | CHICAGO INSURANCE CO.                          Case No.:   2:14-cv-0308-RFB-VCF

12 |         Plaintiff,

13 | v.                                            **MOTION TO INTERVENE FOR**
                                                   **PURPOSE OF SETTLEMENT**
14 | KUMMER KAEMPFER, BONNER                        **CONFERENCE**
RENSHAW AND FERRARIO, *et al*

15 |         Defendants.

16 |

17 |         Patricia Arnott, Jessica Quon and Stephanie Lingle ("Movants") hereby request to

18 | intervene in this matter strictly for the purpose of attending the settlement conference scheduled

19 | for December 17-18, 2015 before the Honorable Cam Ferenbach.

20 |         Movants are parties to *American General Life Insurance Co. v. Vistana Condominium*

21 | *Owners Association,* case number 2:12-cv-01324-JAD-NJK, consolidated with 2:12-cv-01440-

22 | GMN-NJK. The issues being addressed in the settlement conference have significant overlap

23 | with those in the *American General* case. Both matters involve allegations of a conspiracy to

24 | ///

25 | ///

26 |

27 |

28 |

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

1   defraud the Vistana condominium development by manipulating its board. Intervening in this

2   case could simply efforts to settle both cases.

3        DATED this 15th day of December, 2015.

4                                    HUTCHISON & STEFFEN, LLC

5

6                                      Mark A. Hutchison (4639)
                                      Todd L. Moody (5430)

7                                      Richard L. Wade (11879)
                                      10080 West Alta Drive, Suite 200

8                                      Las Vegas, Nevada 89145
                                      Phone (702) 385-2500

9                                      Fax (702) 385-2086
                                      mhutchison@hutchlegal.com

10                                  tmoody@hutchlegal.com
                                  rwade@hutchlegal.com

11

12                                  *Attorneys for Patricia Arnott,*
                                  *Stephanie Lingle and Jessica Quon*

13

14

15

16

17

18   **IT IS SO ORDERED.**

19

20

21   _____
      **UNITED STATES MAGISTRATE JUDGE**
      **DATED:** December 15, 2015

22

23

24

25

26

27

28                              - 2 -

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2015, the foregoing document

entitled: **MOTION TO INTERVENE FOR PURPOSE OF SETTLEMENT**

**CONFERENCE** was served via electronic service through the United States District Court for

the District of Nevada's ECF System upon each party in the case who is registered as an

electronic case filing user with the Clerk.

An employee of Hutchison & Steffen, LLC

- 3 -

HUTCHISON & STEFFEN

A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145