Mark A. Hutchison (4639)
Todd L. Moody (5430)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
mhutchison@hutchlegal.com
tmoody@hutchlegal.com
rwade@hutchlegal.com

*Attorneys for Patricia Arnott,
Stephanie Lingle and Jessica Quon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE CO.<br><br>Plaintiff,<br><br>v.<br><br>KUMMER KAEMPFER, BONNER RENSHAW AND FERRARIO, *et al*<br><br>Defendants. | Case No.: 2:14-cv-0308-RFB-VCF<br><br>**MOTION TO DISMISS PATRICIA ARNOTT, STEPHANIE QUON AND JESSICA QUON** |

On December 15, 2015, Patricia Arnott, as trustee for the Nancy Quon Life Insurance Trust dated February 10, 2005, Stephanie Lingle and Jessica Quon (the "Quons") filed a motion to intervene solely for the purposes of attending a settlement conference. (Dkt. 76.) The Quons wished to appear because they are parties to *American General Life Insurance Co. v. Vistana Condominium Owners Association,* case number 2:12-cv-01324-JAD-NJK, consolidated with 2:12-cv-01440-GMN-NJK. The issues being addressed in the settlement conference had significant overlap with those in the *American General* case, and so intervening aided judicial efficiency. The Quons' motion was granted, and they appeared for the conference. (Dkts. 79; 81-82.)

///

///

///

1  The Quons have brought no claims in this case, and there are no claims against them
2 here. Therefore, they are requesting that they be dismissed from this matter, and that their
3 attorneys be removed from the service list.

4  DATED this 31st day of March, 2016.

5                                        HUTCHISON & STEFFEN, LLC

7  /s/ Richard L. Wade
   Mark A. Hutchison (4639)
   Todd L. Moody (5430)
8  Richard L. Wade (11879)
   10080 West Alta Drive, Suite 200
9  Las Vegas, Nevada 89145
   Phone (702) 385-2500
10 Fax (702) 385-2086
   mhutchison@hutchlegal.com
11 tmoody@hutchlegal.com
   rwade@hutchlegal.com

13 *Attorneys for Patricia Arnott,*
   *Stephanie Lingle and Jessica Quon*

16 **ORDER**

17 IT IS SO ORDERED.

19 RICHARD F. BOULWARE, II
   UNITED STATES DISTRICT JUDGE

21 DATED: June 21, 2016 .

28                                        - 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2016, the foregoing document entitled: **MOTION TO DISMISS PATRICIA ARNOTT, STEPHANIE QUON AND JESSICA QUON** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

/s/Shaun L. Bruce
_____
An employee of Hutchison & Steffen, LLC

- 3 -