**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
NICHOLAS GREGORY (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
shanson@akingump.com
ngregory@akingump.com

Matthew Sarnoski, Esq.
Nevada Bar #: 009176
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, NV 89129
Ph. 702.839.1100
msarnoski@dennettwinspear.com

Attorneys for Plaintiff Chicago Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO, et al., <br><br> Defendants. | Case No. 2:14-cv-0308- RFB-VCF <br><br> **JOINT STIPULATION OF DISMISSAL OF DEFENDANT VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC.** |

1 | IT IS HEREBY STIPULATED by and between the parties to this action through their
2 | designated counsel that Defendant Vistana Condominium Owners Association, Inc. be and hereby is
3 | dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party bearing
4 | its own attorney's fees and costs.

**DATED** this 8th day of August, 2017.

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **SANTORO WHITMIRE** |
| By /s/ Nicholas Gregory<br>NICHOLAS GREGORY (admitted *pro hac vice*)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>ngregory@akingump.com | By /s/ James Whitmire<br>JAMES E. WHITMIRE (NSBN 6533)<br>10100 West Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: 702.948.8771<br>Facsimile: 702.948.8773<br>Email: jwhitmire@santoronevada.com |
| Attorney for Chicago Insurance Company | Attorney for Defendant Kummer Kaempfer Bonner Renshaw and Ferrario |
| **GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP** | IT IS SO ORDERED: |
| By /s/ Richard Haskin<br>Richard E. Haskin, Esq.<br>7450 Arroyo Crossing Parkway, Suite 270<br>Las Vegas, Nevada 89113<br>Telephone: 702) 836-9800<br>Facsimile: (702)836-9802<br>rhaskin@gibbsgiden.com<br>Attorney for Vistana Condominium Owners Association | RICHARD F. BOULWARE, II<br>United States District Judge<br>DATED this 10th day of August, 2017. |

1

# CERTIFICATE OF SERVICE

*Chicago Insurance Company v. Kummer Kaempfer Bonner Renshaw & Ferrario, et al.*
*United States District Court of Nevada Case No. 2:14-cv-0308-RFB-VCF*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On August 8, 2017, I served the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT VISTANA CONDOMINIUM OWNERS ASSOCIATION, INC.**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2017, at San Francisco, California.

_____
A. Lisa Ramon