1 | **AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
2 | NICHOLAS GREGORY (admitted *pro hac vice*)
580 California Street, Suite 1500
3 | San Francisco, CA 94104
Telephone: (415) 765-9500
4 | Facsimile: (415) 765-9501
shanson@akingump.com
5 | ngregory@akingump.com

6 | Matthew Sarnoski, Esq.
Nevada Bar #: 009176
7 | DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
8 | Las Vegas, NV 89129
Ph. 702.839.1100
9 | msarnoski@dennettwinspear.com

10 | Attorneys for Plaintiff Chicago Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO INSURANCE COMPANY, | Case No. 2:14-cv-0308- RFB-VCF |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | |
| KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO, et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the remaining parties to this action—Chicago |
| 2 | Insurance Company and Kummer, Kaempfer, Bonner, Renshaw & Ferrario—through their designated |
| 3 | counsel that, pursuant to and in accordance with a Confidential Mutual Release Agreement, the above- |
| 4 | captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure |
| 5 | 41(a)(1), with each party bearing its own attorneys' fees and costs relating to this action. |

**DATED** this 30th day of August, 2017.

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **SANTORO WHITMIRE** |
|---|---|
| By  /s/ Nicholas Gregory<br>NICHOLAS GREGORY (admitted *pro hac vice*)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>ngregory@akingump.com | By  /s/ James Whitmire<br>JAMES E. WHITMIRE (NSBN 6533)<br>10100 West Charleston Blvd., Suite 250<br>Las Vegas, NV 89135<br>Telephone: 702.948.8771<br>Facsimile: 702.948.8773<br>Email: jwhitmire@santoronevada.com |
| Attorney for Chicago Insurance Company | Attorney for Defendant Kummer Kaempfer Bonner Renshaw and Ferrario |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 31st day of August, 2017.

# CERTIFICATE OF SERVICE

*Chicago Insurance Company v. Kummer Kaempfer Bonner Renshaw & Ferrario, et al.*
**United States District Court of Nevada Case No. 2:14-cv-0308-RFB-VCF**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On August 30, 2017, I served the foregoing document(s) described as:

**JOINT STIPULATION OF DISMISSAL**

on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2017, at San Francisco, California.

_____
Lorraine France-Gorn